IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC BURGIE,
ADC #120956                                                                                                PLAINTIFF

v.                                            5:06CV00258 GH/HDY

GRANT HARRIS, et al.                                                                               DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the February 23rd declaration of plaintiff that there has been no further leaking since K. Luckett came to his cell on February 6th and ordered the repair of the damage, as well as a de novo review of the record, the Court adopts them in their entirety.

IT IS, THEREFORE ORDERED that plaintiff's motion for preliminary injunctive relief (DE #18) is hereby DENIED.

IT IS SO ORDERED this 9th day of March, 2007.

*/s/ George Howard, Jr.*
UNITED STATES DISTRICT JUDGE