IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC BURGIE
ADC # 120956                                                                                   PLAINTIFF

VS.                                    5:06CV00258-WRW

GRANT HARRIS, et al.                                                                       DEFENDANTS

ORDER

Plaintiff asks for reconsideration (Doc. No. 96) of an Order[1] which granted in part and denied in part his Motion for Subpoenas.[2] This Order allowed Plaintiff to subpoena six witnesses who are Arkansas Department of Corrections ("ADC") employees, and have knowledge of the relevant events. Other requests for subpoenas were denied because the witnesses no longer worked for the ADC, cannot be located, and would offer cumulative testimony.

Plaintiff also appeals[3] from an Order[4] denying his second Motion to Amend.[5] Plaintiff sought to amend his complaint by adding a new defendant. The amendment was denied because it failed to state a claim for relief. Proper justification for denying a motion to amend includes:

---

[1]Doc. No. 89.

[2]Doc. No. 75.

[3]Doc. No. 95.

[4]Doc. No. 93.

[5]Doc. No. 94.

1

unreasonable delay, bad faith, undue prejudice, and futility of amendment.[6]   Adding a new party at this late date would be prejudicial, and the allegations in the amended complaint are futile.

In view of this, the Order[7] denying the second motion to amend is AFFIRMED and Plaintiff's appeal (Doc. No. 95) is DENIED.  Plaintiff's Motion for Reconsideration (Doc. No. 96) is DENIED; and the Motion for a Ruling (Doc. No. 97) is DENIED as MOOT.

IT IS SO ORDERED this 26th day of November, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[6] *Foman v. Davis*, 371 U.S. 178, 182 (1962).

[7] Doc. No. 93.