**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ERIC BURGIE,**
**ADC #120956**                                                                                             **PLAINTIFF**

v.                                              5:06-CV-00258 WRW

**GRANT HARRIS, et al.**                                                                       **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young..  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

Accordingly, IT IS, THEREFORE, ORDERED that Plaintiff's complaint against Defendants is DISMISSED with prejudice, and this dismissal constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 7th day of January, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE