**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ERIC BURGIE,
ADC #120956**                                                                           **PLAINTIFF**

**v.**                                          **5:06-CV-00258 WRW**

**GRANT HARRIS, et al.**                                                    **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, as malicious. The relief sought is denied.

IT IS SO ADJUDGED this 7th day of January, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE